FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0480

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0480

_____

AUSTIN LAKE,

     Petitioner and Appellant,

v.

MONTANA DEPARTMENT OF LABOR
AND INDUSTRY,

     Respondent and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Austin Lake, to all counsel of record, and to the Honorable Molly Owen, District Judge.

For the Court,

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025